# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Catherine Rech,<br><br>    Plaintiff,<br><br>v.<br><br>The Prudential Insurance Company of America, The Prudential Welfare Benefits Plan,<br><br>    Defendants. | No. CV13-2418 PHX DGC<br><br>**ORDER** |

The parties have filed a stipulation to continue the deadline for filing dismissal documents in this case. Doc. 34.

**IT IS ORDERED** that the stipulation (Doc. 34) is **granted**. The parties shall have until **September 10, 2014** to file dismissal documents in this case. **The parties are advised that the Court will not grant further extensions to this deadline.**

Dated this 13th day of August, 2014.

_____
David G. Campbell
United States District Judge